

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

May 5, 2023

<u>BY ECF</u>
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

Re: *Jordan v. A. Duie Pyle, Inc.,* 21 CV 115 (RER)

Your Honor:

I am an attorney who previously appeared on behalf of plaintiff in this action. I write to respectfully request that the Court terminate my appearance in accordance with Local Civil Rule 1.4.

If it should please the Court, plaintiff's new counsel filed a notice of substitution dated October 14, 2021. *See* DE #16. Pursuant to Local Rule 1.4 the undersigned respectfully notes that discovery has closed and the parties are preparing the matter for trial before Your Honor. This firm is not involved in the matter and substitute counsel is responsible for complying with the Rule 16 schedule and other deadlines. This firm is asserting a charging lien, which we anticipate will be resolved amicably with substitute counsel at the conclusion of the case.

Accordingly, the undersigned respectfully requests that her appearance be terminated in accordance with Local Rule 1.4.

Thank you for your consideration of this request.

Respectfully submitted,

*Baree N. Fett*

Baree N. Fett

cc:   All Counsel